In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-344 CV


____________________



STERRETT MARKETING CORPORATION d/b/a 


THOMAS S. BELL ADVERTISING AND DESIGN, Appellant



V.



DIRECTV, INC. AND THE DIRECTV GROUP, INC., Appellees






On Appeal from the 60th District Court


Jefferson County, Texas


Trial Cause No. B-172711






MEMORANDUM OPINION


 The appellant, Sterrett Marketing Corporation d/b/a Thomas S. Bell Advertising and
Design, filed a motion to dismiss this appeal. The Court finds that this motion is
voluntarily made by the appellant prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion
to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 ____________________________

 STEVE McKEITHEN

 Chief Justice 

Opinion Delivered October 27, 2005 

Before McKeithen, C.J., Gaultney and Kreger, JJ.